# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Misc. No. 08-0526 (ESH)** |
| ) | |
| **COMPUCREDIT CORPORATION,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Pursuant to Local Civil Rule 72.2(a), it is hereby

**ORDERED** that this matter is referred to Magistrate Judge John M. Facciola for determination of CompuCredit Corporation's Motion to Compel Production of Documents by the Federal Deposit Insurance Corporation.  On any filing related to this matter, the parties shall place the initials of Judge Ellen Segal Huvelle and the initials of Magistrate Judge John M. Facciola following the case number in the caption.

**SO ORDERED.**

_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

Date:   August 22, 2008

cc:   Magistrate Judge John M. Facciola