REFERRAL TO MAGISTRATE JUDGE

CATEGORY:

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: MOTION TO COMPEL | | | | |
|---|---|---|---|---|
| CASE NO:<br>Misc. 08-526 | DATE REFERRED:<br>8/22/08<br><br>DISPOSITION DATE: | PURPOSE:<br>Motion to compel | JUDGE:<br>Ellen Segal Huvelle | MAG. JUDGE<br>John M. Facciola |
| PLAINTIFF(S):<br>COMPUCREDIT CORP., ET AL | | DEFENDANT(S):<br>FEDERAL TRADE COMMISSION | | |

ENTRIES: