AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Federal Trade Commission )
   Plaintiff(s) ) **APPEARANCE**
 )
 )
   vs. ) CASE NUMBER 1:08-MC-0526-ESH-JMF
CompuCredit Corporation, et al. )
 )
   Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Gregory A. Ashe__ as counsel in this
    (Attorney's Name)

case for: __Federal Trade Commission__
   (Name of party or parties)

8/27/08
Date

*(signature)*
Signature

DC Bar No. 451552
BAR IDENTIFICATION

Gregory A. Ashe
Print Name

600 Pennsylvania Ave NW, RM NJ3158
Address

Washington, DC 20580
City  State  Zip Code

202-326-3719
Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2008, I electronically filed **NOTICE OF APPEARANCE OF GREGORY ASHE FOR FEDERAL TRADE COMMISSION** with the Clerk of Court using the CM/ECF system.

I hereby certify that I have mailed by United States Postal Service the document to the following:

Daniel Donovan
Kirkland & Ellis
655 Fifteenth Street NW, Suite 1200
Washington, DC 20005
Attorney for CompuCredit and Jefferson Capital

Dorothy Doherty
Federal Deposit Insurance Corporation
3501 Fairfax Drive, VSQ D-7022
Arlington, VA 22226
Attorney for Federal Deposit Insurance Corporation

/s/ Gregory A. Ashe
Gregory A. Ashe
Attorney for the Federal Trade Commission