AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

FEDERAL TRADE COMMISSION, )
       Plaintiff(s) ) **APPEARANCE**
                                  )
                                  )
           vs. ) CASE NUMBER   08-0526 (ESH/JMF)
COMPUCREDIT CORPORATION, et al., )
                                  )
      Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Dorothy Ashley Doherty   as counsel in this
                                      (Attorney's Name)

case for:  Federal Deposit Insurance Corporation
                    (Name of party or parties)

August 26, 2008                                       */s/ Dorothy Ashley Doherty*
Date                                                       Signature

                                                      Dorothy Ashley Doherty
DC No. 336073                                      Print Name
BAR IDENTIFICATION
                                                      3501 Fairfax Drive, VSQ D-7022
                                                      Address

                                                      Arlington     Virginia     22226
                                                      City            State         Zip Code

                                                      703-562-2377
                                                      Phone Number

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for Petitioner CompuCredit Corporation, by US Mail, postage pre-paid, addressed as follows:

>Daniel Thomas Donovan, Esq.
>Kirkland & Ellis LLP
>655 15th Street, NW
>Suite 1200
>Washington, DC 20005-5793

A courtesy copy was also served via email to: Daniel.donovan@dc.kirkland.com

>*/s/ Dorothy Ashley Doherty*
>Dorothy Ashley Doherty